## STATE of Missouri, Plaintiff-Respondent,

v.

## William Carlson MAXWELL, Defendant-Appellant.

No. WD 33218.

Missouri Court of Appeals, Western District.

Sept. 20, 1983.

Robert A. Cox, Leslie Edwards, St. Louis, for defendant-appellant.

Diane Garber, Pros. Atty., Fulton, for plaintiff-respondent.

Before TURNAGE, P.J., and PRITCH-ARD and KENNEDY, JJ.

### ORDER

PER CURIAM:

Appeal from judgment entered on a jury verdict in which Maxwell was found guilty of trespassing in the first degree. The court sentenced him to 30 days in the county jail.

Judgment affirmed. No jurisprudential purpose would be served by written opinion and ruling. Rule 30.25(b).

All concur.

## Raymond L. PARMAN and Mary H. Parman, Respondents,

v.

## Diane McCULLOUGH, Jean Medlock, and Yvonne Parker, Appellants.

No. WD 33643.

Missouri Court of Appeals, Western District.

Sept. 20, 1983.

A.V. McCalley, Richmond, for appellants.

Robert B. Paden, Maysville, Syd Weybrew, Jr., Gallatin, for respondents.

Before SOMERVILLE, P.J., TURNAGE, C.J., and MANFORD, J.

### ORDER

PER CURIAM.

This is a direct appeal from a judgment for damages for conversion in a court tried case.

Judgment affirmed. Rule 84.16(b).